UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-Cr-0142 |
| VERSUS | JUDGE HAIK |
| DON PAUL JACKSON | MAGISTRATE JUDGE HILL |

MEMORANDUM RULING

The defendant's Motion to Compel Discovery [rec. doc. 57] was heard on February 22, 2010. Present were Mr. Roy J. Richard, counsel for the defendant and Mr. Colin Sims, counsel for the government. For those reasons given in open court, the court rules as follows:[1]

A. Remains pending with the Motion to Disclose Informant [rec. doc. 58];

B. Remains pending with the Motion to Disclose Informant [rec. doc. 58];

C. The DEA 6 report has been provided. The remaining requests are denied;

D. Denied. Any such statements will be provided with the Jencks Act material on the Friday before trial;

E. Denied;

F. Already provided;

G. Granted;

H. Granted. Documents evidencing the chain of custody for the evidence shall be provided;

---

[1] Reference in this ruling is to the sub-paragraphs enumerated in paragraph 3 of the defendant's Motion to Compel [rec. doc. 57].

I.  Denied.  The government informed the court that it would not use any such documents, etc.;

J.  Denied;

K.  Denied.  The government informed the court that there were none;

L. Denied.  The government informed the court that there were none;

M.  Denied as moot;

N.  Denied as moot;

O.  Denied.  Any such statements will be provided with the Jencks Act material on the Friday before trial;

P.  Moot.  This request is covered under the Scheduling Order;

Q.  Denied, except as to material required to be produced by *Giglio* and *Brady*;

R.  Moot;

S.  Moot;

T.  Moot.

**IT IS SO ORDERED**.

February 23, 2010, Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE