U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 7 2015

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:09-0142 |
| | | CIVIL NO. 6:14-3444 |
| VERSUS | * | JUDGE HAIK |
| DON PAUL JACKSON | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Vacate filed pursuant to 28 U.S.C. § 2255 by *pro se* petitioner, Don Paul Jackson. [rec. doc. 161] is **DENIED AND DISMISSED WITH PREJUDICE** on the merits and alternatively, because petitioner's insufficient evidence, perjury and paid informant claims are procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6th day of October, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE