# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

RECEIVED
JAN 17 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

United States of America
v.
Don Paul Jackson

Case No: 6:09CR00142-001
USM No: 08025-035

Date of Original Judgment: 09/28/2010
Date of Previous Amended Judgment: 07/30/2013
*(Use Date of Last Amended Judgment if Any)*

Peter Black
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/30/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/15/18

Judge's signature

Effective Date: _____
*(if different from order date)*

Dee D. Drell, Senior United States District Judge
*Printed name and title*